UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 05 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT ROUSE, an individual; VICTORIA ROUSE, an individual, <br><br>     Plaintiffs - Appellees, <br><br>  v. <br><br> WACHOVIA MORTGAGE, FSB, a Division of Wells Fargo Bank NA, FKA World Savings Bank, <br><br>     Defendant - Appellant. | No. 12-55278 <br><br> D.C. No. 5:11-cv-00928-DMG-DTB U.S. District Court for Central California, Riverside <br><br> **ORDER** |

Court records do not reflect receipt of the answering brief or a letter stating that no brief will be filed. Within 14 days from the date of this notice, appellees shall simultaneously submit the answering brief and file a motion to file a late brief, * or file correspondence to the court indicating that no answering brief will be filed.

In the absence of a timely response to this order, the case will be calendared on the basis of the opening brief alone, and appellees will not be heard at oral argument unless the court grants permission. Fed. R. App. P. 31(c); 9th Cir. R. 31-2.3.

* Note to ECF users: please select the category "Briefs" and the filing type "Submit Brief for Review and File a Motion Together."

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Estela Urrutia
Deputy Clerk